Maureen E. McFadden, SBN 203781
Law Offices of Maureen E. McFadden
405 14th Street, Suite 915
Oakland, CA 94612
Ph (510) 835-5203
Fax (510) 835-5205

Attorney for Plaintiff
KENNETH LORENZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LORENZO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMCOR RIGID PLASTICS USA, INC. and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:12-cv-02812-LKK-EFB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, plaintiff Kenneth Lorenzo and defendant AMCOR Rigid Plastics USA, Inc., by and through their respective attorneys of records, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this Court enter a dismissal with prejudice of all defendants. Additionally, plaintif requests that her complaint be dismissed in its entirety with prejudice, with the parties to bear their own costs and expenses.

DATED:  October 7, 2013　　　　LAW OFFICES OF MAUREEN E. MCFADDEN

　　　　　　　　　　　　　　　　By:  ____*/s/*_____
　　　　　　　　　　　　　　　　　　Maureen E. McFadden

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　KENNETH LORENZO

STIPULATION RE DISMISSAL - 1

DATED: October 7, 2013                    FOLEY & LARDNER LLP


                                          By:  __/ s /_____
                                                Kristy K. Marino

                                          Attorneys for Defendant
                                          AMCOR RIGID PLASTICS USA, INC.



### **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, this action is hereby dismissed with prejudice.

DATED: October 11, 2013




                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

STIPULATION RE DISMISSAL - 2